The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JULIAN ZAMORA GARCIA, <br><br> Defendant. | NO. CR18-174 RAJ <br><br> ORDER GRANTING MOTION TO SEAL EXHIBIT A TO GOVERNMENT'S RESPONSE TO MOTION FOR MODIFICATION OR REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. § 3852(c)(2) AND AMENDMENT 782 |

This matter has come before the Court on the motion to seal Exhibit A to Government's Response to Motion for Modification or Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to Government's Response to Motion for Modification or Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782, due to the sensitive information contained therein.

///
///
///
///
///

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Zamora Garcia,* CR18-174 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that the Government's Motion to Seal (Dkt. # 435) is GRANTED. Exhibit A to Government's Response to Motion for Modification or Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 be filed under seal.

DATED this 19th day of April, 2021.

*signature*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 2
*United States v. Zamora Garcia,* CR18-174 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
206) 553-7970